```
FILED
U.S. DISTRICT COURT

2010 AUG 18 P 2: 34

DISTRICT OF UTAH

BY: _____
    DEPUTY CLERK
```

**WRONA LAW FIRM, P.C.**
Joseph E. Wrona (#8746)
Bastiaan K. Coebergh (#7832)
1745 Sidewinder Drive
Park City, Utah 84060
Telephone: (435) 649-2525
Facsimile: (435) 649-5959
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SAGE VENTURES CORPORATION, a Nevada corporation and TERRON INVESTMENTS, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ACE OIL, LLC, an expired Utah limited liability company, SOMERSBY PROPERTIES, LLC, and expired Utah limited liability company, and JOHN E. SCHOFIELD, an individual,<br><br>Defendants. | **DEFAULT JUDGMENT**<br><br>Case No. 2:09-cv-00935<br>Judge: David Sam |

Upon review and consideration of Plaintiff's Motion for Entry of Default Judgment, Memorandum in Support of Motion for Entry of Default Judgment, the Default Certificate entered by the Clerk, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and good cause appearing therefore,

The Court hereby makes and enters the following **JUDGMENT:**

Plaintiffs, Sage Ventures Corporation and Terron Investments, Inc. is granted a judgment against the Defendants, Ace Oil, LLC, Somersby Properties, LLC, and John E. Schofield as

follows:

1. Judgment in favor of the Plaintiffs and against all Defendants, including Schofield individually, in the total amount of at least $4,481,900.73, which is comprised of the following:

    a. Compensatory and general damages in the amount of $4,481,301.70;

    b. Costs in the amount of $599.00;

2. Post judgment interest at the statutory rate of 2.41 percent per annum from the date of judgment until paid in full.

Pursuant to Rule 73, Federal Rules of Civil Procedure, it is further ORDERED that this Judgment shall be augmented in the amount of reasonable costs and attorney fees expended in collecting said Judgment by execution or otherwise as shall be established by Affidavit.

DATED this 18th day of August 2010.

BY THE COURT

_/s/ David Sam_
Honorable David Sam