**WRONA LAW FIRM, P.C.**
Joseph E. Wrona (#8746)
Bastiaan K. Coebergh (#7832)
Timothy R. Pack (#12193)
1745 Sidewinder Drive
Park City, Utah 84060
Telephone: (435) 649-2525
Facsimile: (435) 649-5959
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SAGE VENTURES CORPORATION, a Nevada corporation and TERRON INVESTMENTS, INC., a Nevada corporation,<br><br>        Plaintiffs,<br>vs.<br><br>ACE OIL, LLC, an expired Utah limited liability company, SOMERSBY PROPERTIES, LLC, an expired Utah limited liability company, and JOHN E. SCHOFIELD, an individual,<br><br>        Defendants. | PLAINTIFFS' FED. R. CIV. P. 25(a) MOTION FOR SUBSTITUTION OF DEFENDANT JOHN E. SCHOFIELD BECAUSE OF DEATH<br><br>REQUEST FOR HEARING PURSUANT TO FED. R. CIV. P. 25(a)(3).<br><br>Case No. 2:09-cv-00935<br><br>Judge David Sam |

Plaintiffs Sage Ventures Corporation and Terron Investments, Inc., by and through counsel, and pursuant to FED. R. CIV. P. 25(a), hereby submit their Motion for Substitution of Defendant John E. Schofield Because of Death.

On May 31, 2010, Defendant John E. Schofield ("Schofield") died and on July 16, 2010, Schofield's widow, Linda Schofield, notified Plaintiffs' counsel of Schofield's death. However, but no Suggestion of Death was formally filed in Court. Linda Schofield appears to be, and has

acted as, the representative of Schofield's Estate. Out of an abundance of caution, Plaintiffs at this time respectfully requests that the Court substitute Linda Schofield, as the Representative of the Estate of Schofield, in place of Schofield as a defendant in this action. A memorandum in support of Plaintiff's Motion for Substitution has been filed herewith.

DATED this 6 day of October, 2010.

WRONA LAW FIRM, P.C.

/s/ Bastiaan K. Coebergh
_____
Bastiaan K. Coebergh
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I mailed on the __6__ day of October 2010, a true and correct copy of the foregoing, via US Mail, postage fully prepaid, to the following:

Ace Oil, LLC
6400 North Business Loop Rd.,
Park City, Utah 84098

Linda Schofield
4760 South Highland Drive, #602
Salt Lake City, Utah 84117

Somersby Investments, LLC
10 Pinebrook Drive
Park City, Utah 84060

*Nanette Calhoun*